IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HOMER LEE RICHARDSON : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05-cv-00667 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| UNITED STATES OF AMERICA, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation (doc. 9), AFFIRMS the Magistrate Judge's recommended decision, and GRANTS Defendant's Motion to Dismiss (doc. 5). The Court further TERMINATES this case from the Court's docket.


8/16/06                                                                     James Bonini, Clerk


                                                                            s/Kevin Moser
                                                                            Kevin Moser
                                                                            Deputy Clerk